BARTLEY WHITESIDE, *ET AL.*, PLAINTIFFS-RESPOND-ENTS, v. RUSSELL HILBERT, DEFENDANT-PETITIONER.

*Messrs. David & Albert L. Cohn* for the petitioner.

*Messrs. Marley, Winkelried & Hillis* for the respondents.

March 24, 1958.    Denied.

JOHN J. BREEN, PLAINTIFF-RESPONDENT, v. HARRY G. PECK, DEFENDANT-PETITIONER.

See same case below:    48 *N. J. Super.* 160.

*Mr. Maurice ·S. Austin* and *Mr. Aaron W. Nussman* for the petitioner.

*Mr. William E. Sandmeyer* for the respondent.

March 24, 1958.    Granted.